IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CARLA J. SCHREIBER, | ) | |
| | ) | |
| Plaintiff, | ) | 8:05cv537 |
| | ) | |
| v. | ) | |
| | ) | |
| STATE OF NEBRASKA, and NEBRASKA STATE PATROL, | ) | ORDER |
| | ) | |
| Defendants. | ) | |

IT HEREBY IS ORDERED:

Counsel and unrepresented parties shall meet and confer in accordance with Fed. R. Civ. P. 26(f) and, by January 09, 2006, file their Report of Parties' Planning Conference.

DATED December 19, 2005.

/s/ *David L. Piester*
United States Magistrate Judge