IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CARLA J. SCHREIBER,                    ) | |
| ) | 8:05CV537 |
| Plaintiff,            ) | |
| ) | |
| v.                                                    ) | **REASSIGNMENT ORDER** |
| ) | |
| STATE OF NEBRASKA and NEBRASKA   ) | |
| STATE PATROL,                                ) | |
| ) | |
| Defendants.         ) | |

A request has been received for random reassignment of this case to a District Judge. Accordingly,

IT IS ORDERED that this case is reassigned to District Judge Laurie Smith Camp for disposition and to Magistrate Judge F. A. Gossett for judicial supervision and processing of all pretrial matters.

DATED this 29th day of December, 2005.

BY THE COURT:

s/ Joseph F. Bataillon, Chief Judge
United States District Court