## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CARLA J. SCHREIBER, | ) | Case No. 8:05CV537 |
| | ) | |
| Plaintiff, | ) | |
| | ) | NOTICE OF DEPOSITIONS |
| v. | ) | |
| | ) | |
| STATE OF NEBRASKA, and THE | ) | |
| NEBRASKA STATE PATROL, | ) | |
| | ) | |
| Defendants. | ) | |

TO:   SUE DEDICK; CAPTAIN BRADLEY RICE;, and their attorneys of record Jennifer Tomka and Fred Kaufman.

You and each of you are hereby notified that counsel for the Plaintiff will take the continued  deposition of SUE DEDICK, Thursday, June 15, 2006 at 9:30 a.m., at the law office of Bowman and Krieger, 1045 Lincoln Mall, Suite 100, Lincoln, NE 68508 before a person authorized by law to administer oaths and take depositions.

You and each of you are hereby notified that counsel for the Plaintiff will take the continued deposition of CAPTAIN BRADLEY RICE, Thursday, June 15, 2006 at 1:30 p.m., at the law office of Bowman and Krieger, 1045 Lincoln Mall, Suite 100, Lincoln, NE 68508 before a person authorized by law to administer oaths and take depositions.

**CARLA J. SCHREIBER**
**Plaintiff**.

BY:  s/TERRI M. WEEKS
Terri M. Weeks, #18349
Bowman  &  Krieger  Law  Firm
1045 Lincoln Mall
Suite 100
Lincoln, NE 68508

(402) 476-8005


BY:  s/VINCENT VALENTINO
Vincent Valentino, #14288
ANGLE, MURPHY, VALENTINO
& CAMPBELL, P.C.
617 Grant Avenue
P.O. Box 584
York, NE 68467


## CERTIFICATE OF SERVICE

I hereby certify that on May 25, 2006,  I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following: Jennifer Tomka, 2115 State Capitol, Lincoln, NE 68058.

S/TERRI M. WEEKS
Terri M. Weeks, #18349