# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CARLA J. SCHREIBER, | ) |
| Plaintiff, | ) |
| | )     8:05CV537 |
| vs. | ) |
| | )     ORDER |
| STATE OF NEBRASKA and NEBRASKA STATE PATROL, | ) |
| Defendants. | ) |

The parties agree that paragraph four (4) should be stricken from the Second Amended Complaint in light of Judge Smith Camp's order filed February 28, 2006.

**IT IS ORDERED** that the Parties' JOINT MOTION TO STRIKE PARAGRAPH FOUR FROM PLAINTIFF'S SECOND AMENDED COMPLAINT [34] is granted.  Paragraph four (4) of the Second Amended Complaint [24] is hereby stricken.

**DATED June 8, 2006.**

                            BY THE COURT:

                            s/ F.A. Gossett
                            United States Magistrate Judge