IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CARLA J. SCHREIBER,            ) | |
|                                ) | |
|            Plaintiff,          ) | |
|                                ) | 8:05CV537 |
|      vs.                       ) | |
|                                ) | ORDER |
| STATE OF NEBRASKA and          ) | |
| NEBRASKA STATE PATROL,         ) | |
|                                ) | |
|            Defendants.         ) | |

This matter is before the court on the motion fo Jennifer M. Tomka for leave to withdraw as defense counsel (#36). The record shows that Frederick J. Coffman continues to represent the defendants. Accordingly,

**IT IS ORDERED** that the motion (#45) is granted, and Jennifer M. Tomka may withdraw as defense counsel.

**DATED June 12, 2006.**

                                    BY THE COURT:

                                    s/ F.A. Gossett
                                    **United States Magistrate Judge**