IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CARLA J. SCHREIBER,  )<br>)<br>Plaintiff,  )<br>)<br>v.  )<br>)<br>STATE OF NEBRASKA, and THE  )<br>NEBRASKA STATE PATROL,  )<br>)<br>Defendants.  ) | Case No. 8:05CV537<br><br>JOINT STIPULATION TO EXTEND<br>EXPERT DESIGNATION DEADLINES |

Comes now the Plaintiff, Carla J. Schreiber, by and through her attorneys, Terri M. Weeks, and the State of Nebraska and the Nebraska State Patrol, by and through its attorney, Frederick J. Coffman, and hereby stipulate to a joint motion to extend the deadlines by which experts are to be designated in the above captioned matter.  The parities request that the Plaintiff's expert designation be due September 15, 2006, the Defendants' designation due October 15, 2006, and the Plaintiff's rebuttal designation due October 13, 2006.

| | |
|---|---|
| **CARLA J. SCHREIBER**<br>Plaintiff | **STATE OF NEBRASKA, et. al.,**<br>Defendants |
| | BY:   JON BRUNING, #20351<br>         Attorney General |
| BY:  s/TERRI M. WEEKS<br>       Terri M. Weeks, #18349<br>       Bowman & Krieger Law Firm<br>       1045 Lincoln Mall<br>       Suite 100<br>       Lincoln, NE 68508<br>       (402) 476-8005 | BY: s/FREDERICK J. COFFMAN<br>       Frederick J. Coffman # 10725<br>       Assistant Attorney General<br>       2115 State Capitol<br>       Lincoln, NE 68508<br>       (402) 471-2682 |
| BY:  s/VINCENT VALENTINO<br>       Vincent Valentino, #14288 | |

PDF created with pdfFactory trial version www.pdffactory.com

ANGLE, MURPHY, VALENTINO
& CAMPBELL, P.C.
617 Grant Avenue
P.O. Box 584
York, NE 68467
(402) 362-7725

## CERTIFICATE OF SERVICE

I hereby certify that on August 1, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following: Fred Kaufmann, Assistant Attorney General, 2115 State Capitol, Lincoln, NE 68508.

S/TERRI M. WEEKS
Terri M. Weeks, #18349

PDF created with pdfFactory trial version www.pdffactory.com