IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CARLA J. SCHREIBER, | ) | Case No. 8:05CV537 |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER ON JOINT STIPULATION TO |
| v. | ) | EXTEND EXPERT DESIGNATION |
| | ) | DEADLINES |
| STATE OF NEBRASKA, and THE | ) | |
| NEBRASKA STATE PATROL, | ) | |
| | ) | |
| Defendants. | ) | |

THIS MATTER is before the court on the parties' joint stipulation [45] to extend the deadlines by which experts are to be designated in the above captioned matter.

IT IS ORDERED that the stipulation [45] is granted.  Paragraph 3 of the Final Progression Order [22] is hereby amended to provide that the plaintiff's expert designation is due September 15, 2006, the defendants' designation is due October 15, 2006, and the Plaintiff's rebuttal designation due October 31, 2006.  All other progression order deadlines remain in effect.

DATED August 1, 2006.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge