IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CARLA J. SCHREIBER,           ) | |
|                                                   ) | |
|             Plaintiff,              ) | |
|                                                   ) | 8:05CV537 |
| vs.                                           ) | |
|                                                   ) | SCHEDULING ORDER |
| STATE OF NEBRASKA and THE  ) | |
| NEBRASKA STATE PATROL,    ) | |
|                                                   ) | |
|             Defendants.         ) | |

Defendants have filed a MOTION TO STAY PROGRESSION [83]. Plaintiff shall respond to the Motion to Stay on or before the close of business on **Monday, October 30, 2006**. No reply brief will be allowed.

**IT IS SO ORDERED.**

**DATED October 25, 2006.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**