**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| CARLA J. SCHREIBER, | ) | CASE NO. 8:05CV537 |
| --- | --- | --- |
| ) | | |
| Plaintiff, | ) | |
| | ) | PLAINTIFF'S EXHIBIT LIST |
| vs. | ) | |
| | ) | |
| STATE OF NEBRASKA, and THE | ) | |
| NEBRASKA STATE PATROL, | ) | |
| | ) | |
| Defendants. | ) | |

| Exhibit No. | | DESCRIPTION | Off'd | Stip. | Obj. | Rec'd | Not Rec'd |
| --- | --- | --- | --- | --- | --- | --- | --- |
| PL. | DF. | **POLICIES:** | | | | | |
| 1 | | NSP Policy number 04-03-01 "The Personnel Process" (Promotions), 3 pages | | | | | |
| 2 | | NSP Policy number 20-07-01 "Personnel SOP 20-1" (Filling Vacant Positions), 8 pages | | | | | |
| 3 | | NSP Policy No. 21-01-01, "Personnel SOP 20-1" (Classification Procedures) | | | | | |
| 4 | | NSP Policy No. 25-01-01, "Personnel SOP 20-1" (Superintendent's Responsibilities) | | | | | |
| 5 | | NSP Policy No. 25-03-01, "Personnel SOP 20-1" (Investigative Services Position) | | | | | |

OBJECTIONS:                        ✱May be used
  R: Relevancy
  H: Hearsay
  A: Authenticity
  O: Other (specify)

| Exhibit No. | DESCRIPTION | Off'd | Stip. | Obj. | Rec'd | Not Rec'd |
|---|---|---|---|---|---|---|
| 6 | NSP Policy 25-07-01, "Personnel SOP 20-1" (Troop Area Positions) | | | | | |
| 7 | NSP Policy No. 25-10-01, "Personnel SOP 20-1" (Executive Protection Division) | | | | | |
| 8 | NSP Policy No. 25-11-01 and 21-01-01, "Personnel SOP 20-1" (Internal Affairs Division) | | | | | |
| 9 | NSP Policy No. 25-13-01, "Personnel SOP 20-1" (Capitol Detail Division) | | | | | |
| 10 | NSP Policy No. 25-19-01, "Personnel SOP 20-1" (Human Resources Division) | | | | | |
| 11 | NSP Policy No. 25-20-01, "Personnel SOP 20-1" (Training Academy) | | | | | |
| 12 | NSP Policy No. 25-22-01, "Personnel SOP 20-1" (Carrier Enforcement Division) | | | | | |
| 13 | NSP Policy No. 25-33-01, "Personnel SOP 20-1" (Investigative Services Function) | | | | | |
| 14 | NSP Policy No. 25-34-01, "Personnel SOP 20-1" (Traffic Services Function) | | | | | |
| 15 | NSP Policy No. 34-01-01, "Personnel SOP 20-1" (Promotional Process) | | | | | |
| 16 | NSP Policy No. 35-02-01, "Personnel SOP 20-1" (Performance Appraisals) | | | | | |
| 17 | State of Nebraska Class Specification, "State Patrol Trooper", 3 pages | | | | | |
| 18 | State of Nebraska Class Specification, "State Patrol Sergeant", 3 pages | | | | | |
| 19 | State of Nebraska Class Specification, "State Patrol Investigative Sergeant", 2 pages | | | | | |
| 20 | State of Nebraska Class Specification, "State Patrol Lieutenant", 2 pages | | | | | |

OBJECTIONS:                                                                                  ✶May be used
    R: Relevancy
    H: Hearsay
    A: Authenticity
    O: Other (specify)

| Exhibit No. | DESCRIPTION | Off'd | Stip. | Obj. | Rec'd | Not Rec'd |
|---|---|---|---|---|---|---|
| 21 | CEO Sergeant Compliance Review Coordinator | | | | | |
| 22 | Nebraska State Patrol Post of 3/23/01 for Supervisor Position (CEO) | | | | | |
| 23 | Nebraska State Patrol Policies and Procedures Manual 2004-2005 | | | | | |
| | | | | | | |
| | **CONTRACTUAL DOCUMENTS** | | | | | |
| 24 | SLEBC/State Labor Agreement 2003-2005 | | | | | |
| 25 | SLEBC/State Labor Agreement 2005-2007 | | | | | |
| | | | | | | |
| | **AGENCY GOALS/OBJECTIVES/ CRITIQUES/LISTS** | | | | | |
| 26 | 2004 Affirmative Action Report for NSP (35 pages) | | | | | |
| 27 | 2005 Affirmative Action Report for NSP | | | | | |
| 28 | 2000-2005 Nebraska State Patrol Five Year Strategic Plan | | | | | |
| 29 | 2002 Lieutenant's Promotional Competition process | | | | | |
| 30 | 2004 Lieutenant's Promotional Competition process | | | | | |
| 31 | 2006 Lieutenant's Promotional Competition process | | | | | |
| 32 | 2002 Lieutenant's Eligibility List | | | | | |
| 33 | 2004 Lieutenant's Eligibility List | | | | | |
| 34 | 2006 Lieutenant's Eligibility List | | | | | |
| 35 | September 26, 2006 NSP Seniority List | | | | | |
| 36 | Nebraska State Patrol Organizational Chart | | | | | |

OBJECTIONS: ✶May be used
    R: Relevancy
    H: Hearsay
    A: Authenticity
    O: Other (specify)

3

| Exhibit No. | DESCRIPTION | Off'd | Stip. | Obj. | Rec'd | Not Rec'd |
|---|---|---|---|---|---|---|
| 37 | Defendants Answers to Interrogatories | | | | | |
| 38 | Request for Production (1st Set), Responses 8,10 | | | | | |
| 39 | Request for Production (3rd Set), 2002-2006 promotion recommendations (NSP204) | | | | | |
| 40 | State Document Retention Policy for NSP | | | | | |
| 41 | NSP Recruitment document post | | | | | |
| | | | | | | |
| | **EVALUATIONS:** | | | | | |
| 42 | Schreiber evaluation 9/3/90-9/3/91 | | | | | |
| 43 | Schreiber evaluation 9/3/91-9/3/92 | | | | | |
| 44 | Schreiber evaluation 9/3/92-9/3/93 | | | | | |
| 45 | Schreiber evaluation 12/4/94-3/3/95 | | | | | |
| 46 | Schreiber evaluation 3/4/95-6/5/95 | | | | | |
| 47 | Schreiber evaluation 6/6/95-9/3/95 | | | | | |
| 48 | Schreiber evaluation 9/3/95-9/3/96 | | | | | |
| 49 | Schreiber evaluation 12/1/96-9/30/97 | | | | | |
| 50 | Schreiber evaluation 9/3/97-9/3/98 | | | | | |
| 51 | Schreiber evaluation 9/3/98-9/2/99 | | | | | |
| 52 | Schreiber evaluation 9/3/99-9/2/2000 | | | | | |
| 53 | Schreiber evaluation 9/3/00-9/2/01 | | | | | |
| 54 | Schreiber evaluation summary ending 9/3/02 | | | | | |
| 55 | Schreiber evaluation 9/3/02-9/3/03 | | | | | |
| 56 | Schreiber evaluation 9/3/03-9/3/04 | | | | | |
| 57 | Schreiber evaluation 9/3/04-9/3/05 | | | | | |
| | | | | | | |

OBJECTIONS:                                                                       ✶May be used
    R: Relevancy
    H: Hearsay
    A: Authenticity
    O: Other (specify)

| Exhibit No. | DESCRIPTION | Off'd | Stip. | Obj. | Rec'd | Not Rec'd |
|---|---|---|---|---|---|---|
| | **QUALIFICATIONS:** | | | | | |
| 58 | Backster School of Lie Detection Certificate (1997) | | | | | |
| 59 | Polygraph Association membership | | | | | |
| 60 | Schreiber Bachelor of Arts Certificate (Concordia w/ transcript - includes SE Comm. College) | | | | | |
| 61 | Schreiber Master's Degree Certificate (Doane), w/ transcript | | | | | |
| 62 | Schreiber Polygraph License (Nebraska) | | | | | |
| 63 | Nebraska State Patrol Training and Certificates | | | | | |
| 64 | Approval of SCAN Teaching and listings | | | | | |
| | | | | | | |
| | **LT. TRAFFIC SERVICES POSITION:** | | | | | |
| 65 | Lieutenant Traffic Posting Document (4/16/04) | | | | | |
| 66 | Letter of interest in position (Schreiber) | | | | | |
| 67 | Letter of interest in position (Wilson) | | | | | |
| 68 | Letter of interest in position (Terry) | | | | | |
| 69 | Dan Wilson Resume submission | | | | | |
| 70 | Steven Terry Resume submission | | | | | |
| 71 | Carla Schreiber Resume submission | | | | | |
| 72 | Recommendation Form NSP204 | | | | | |
| 73 | Scoring sheets with questions, Lt. Traffic Services | | | | | |
| 74 | July 22, 2004, letter of promotion (Dan Wilson) | | | | | |
| 75 | June 12, 2006, salary increase letter (Dan Wilson) | | | | | |

OBJECTIONS:                                                                                                                                            ✷May be used
    R: Relevancy
    H: Hearsay
    A: Authenticity
    O: Other (specify)

| Exhibit No. | DESCRIPTION | Off'd | Stip. | Obj. | Rec'd | Not Rec'd |
|---|---|---|---|---|---|---|
| 76 | 9100 Agency Contact Forms (Dan Wilson) | | | | | |
| 77 | 9100 Agency Contact Forms (Steve Terry) | | | | | |
| | | | | | | |
| | **LT. INVESTIGATIVE SERVICES POSITION: (First)** | | | | | |
| 78 | Lt. ISO Posting Document (6/28/04) | | | | | |
| 79 | Letter of interest in position (Schreiber) | | | | | |
| 80 | Letter of interest in position (Terry) | | | | | |
| 81 | Carla Schreiber Resume submission | | | | | |
| 82 | Steve Terry Resume submission | | | | | |
| 83 | Recommendation Form NSP204 | | | | | |
| 84 | Scoring sheets with questions, Lt. Investigative Services | | | | | |
| 85 | Traffic activity sheets pulled for Terry and Schreiber | | | | | |
| 86 | Don Blausey critique transcript | | | | | |
| 87 | NEOC Discrimination charges filed 8/30/04 | | | | | |
| | | | | | | |
| | **LT. INVESTIGATIVE SERVICES POSITION: (Second)** | | | | | |
| 88 | Lt. ISO Posting Document (9/27/04) | | | | | |
| 89 | Letter of interest in position (Schreiber) | | | | | |
| 90 | Letter of interest in position (Svoboda) | | | | | |
| 91 | Letter of interest in position (Morehead) | | | | | |
| 92 | Galen Svoboda resume submission | | | | | |
| 93 | Carla Schreiber resume submission | | | | | |
| 94 | Randy Morehead resume submission | | | | | |

OBJECTIONS:  ✶May be used
    R: Relevancy
    H: Hearsay
    A: Authenticity
    O: Other (specify)

6

| Exhibit No. | DESCRIPTION | Off'd | Stip. | Obj. | Rec'd | Not Rec'd |
|---|---|---|---|---|---|---|
| 95 | 10/13/04 Scheduling Interview notice | | | | | |
| 96 | Scoring sheets with questions, Lt. Investigative Services | | | | | |
| 97 | Memorandum to Col. Nesbitt dated 10/22/04 with Troop B I.S. Lt. Recommendation | | | | | |
| 98 | October 27, 2004 promotional letter (Morehead) | | | | | |
| 99 | June 12, 2006 salary increase letter (Morehead) | | | | | |
| 100 | 9100 Agency Contact Forms (Morehead) | | | | | |
| 101 | 9100 Agency Contact Forms (Svoboda) | | | | | |
| 102 | 9100 Agency Contact Forms (Schreiber) | | | | | |
| 103 | Randy Morehead investigations (2001-2004) | | | | | |
| 104 | Randy Morehead 8/2/04 accident observation document | | | | | |
| 105 | 11/24/04 NEOC Complaint filing | | | | | |
| | | | | | | |
| | **LT. EXECUTIVE PROTECTION POSITION:** | | | | | |
| 106 | Lt. Executive Protection Posting Document 6/13/05) | | | | | |
| 107 | Letter of interest in position (Schreiber) | | | | | |
| 108 | Letter of interest in position (Hattan) | | | | | |
| 109 | Carla Schreiber resume submission | | | | | |
| 110 | Paul Hattan resume submission | | | | | |
| 111 | Scoring sheets, Lt. Exec. Protection | | | | | |
| 112 | NSP Form 204 promotion recommendation | | | | | |
| 113 | 9100 contacts for Paul Hattan | | | | | |

OBJECTIONS:  ✶May be used
    R: Relevancy
    H: Hearsay
    A: Authenticity
    O: Other (specify)

7

| Exhibit No. | DESCRIPTION | Off'd | Stip. | Obj. | Rec'd | Not Rec'd |
|---|---|---|---|---|---|---|
| 114 * | Dedick Letter response to NEOC with notes dated 1/24/06 | | | | | |
| 115 | June 12, 2006, letter of salary increase | | | | | |
| | | | | | | |
| | **LT. INTERNAL AFFAIRS POSITION:** | | | | | |
| 116 | Lt. Internal Affairs Posting Document (July 25, 2005) | | | | | |
| 117 | Letter of interest in position (Schreiber) | | | | | |
| 118 | Letter of interest in position (Kinghorn) | | | | | |
| 119 | Carla Schreiber Resume Submission | | | | | |
| 120 | Todd Kinghorn Resume Submission | | | | | |
| 121 | NSP Form 204 promotion recommendation | | | | | |
| 122 | Scoring sheets, Lt., Internal Affairs | | | | | |
| 123 | 9100 contacts for Todd Kinghorn | | | | | |
| 124 | Letter of promotion August 18, 2005 to Todd Kinghorn | | | | | |
| 125 | Letter of salary increase, June 12, 2006 | | | | | |
| 126 | Arbitration decision re: Jason Sears | | | | | |
| 127 | Patrol arbitration transcript re: Jason Sears v. NSP | | | | | |
| | | | | | | |
| | **LT. TRAFFIC SERVICES POSITION:** | | | | | |
| 128 | Lt. Traffic Services posting, May 12, 2006 | | | | | |
| 129 | Letter of interest in position (Schreiber) | | | | | |
| 130 | Carla Schreiber resume submitted | | | | | |
| 131 | Mike Jahnke letter of interest in position | | | | | |
| 132 | Mike Jahnke resume submitted | | | | | |

OBJECTIONS:  ✶May be used
　　R: Relevancy
　　H: Hearsay
　　A: Authenticity
　　O: Other (specify)

| Exhibit No. | DESCRIPTION | Off'd | Stip. | Obj. | Rec'd | Not Rec'd |
|---|---|---|---|---|---|---|
| 133 | Robert Frank letter of interest in position | | | | | |
| 134 | Robert Frank resume submitted | | | | | |
| 135 | NSP 204 promotion recommendation | | | | | |
| 136 | Scoring sheets, Lt. Traffic | | | | | |
| 137 | 9100 contacts, Mike Jahnke | | | | | |
| 138 | 9100 contacts, Robert Frank | | | | | |
| | | | | | | |
| | **EXPERTS:** | | | | | |
| 139 | 2002-2006 Sgt. promotional documents | | | | | |
| 140 | Jose Soto, curriculum vitae | | | | | |
| 141 | Promotion table, Jose Soto (NSP Table) | | | | | |
| 142 | EEOC Calculation Form, Jose Soto | | | | | |
| 143 | NSP reported national ranking (1999) | | | | | |
| 144 | NSP reported national ranking (2001) | | | | | |
| 145 | David Rosenbaum, curriculum vitae | | | | | |
| 146 | Promotion tables, David Rosenbaum | | | | | |
| 147 | Demonstrative Exhibit (Rosenbaum) (*RESERVED*) | | | | | |
| 148 | Demonstrative Exhibit (Rosenbaum) (*RESERVED*) | | | | | |
| 149 | Promotional Lts. lists completed by Col. B. Tuma  (See Depo. Exhibit 61) | | | | | |
| 150 ✶ | 10/7/04 Letter Response to NEOC (Sue Dedick) | | | | | |
| | | | | | | |

OBJECTIONS:  ✶May be used
    R: Relevancy
    H: Hearsay
    A: Authenticity
    O: Other (specify)

| Exhibit No. | DESCRIPTION | Off'd | Stip. | Obj. | Rec'd | Not Rec'd |
|---|---|---|---|---|---|---|
| | **PERSONNEL LISTS:** | | | | | |
| 151 | 60th Anniversary rosters for NSP camp listings 1937-1997 | | | | | |
| 152 | NSP 32nd Recruitment Class | | | | | |
| 153 | NSP 33rd Recruitment Class | | | | | |
| 154 | NSP 34th Recruitment Class | | | | | |
| 155 | NSP 35th Recruitment Class | | | | | |
| 156 | NSP 36th Recruitment Class | | | | | |
| 157 | NSP 37th Recruitment Class | | | | | |
| 158 | NSP38th Recruitment Class | | | | | |
| 159 | NSP 39th Recruitment Class | | | | | |
| 160 | NSP 40th Recruitment Class | | | | | |
| 161 | NSP 41st Recruitment Class | | | | | |
| 162 | NSP 42nd Recruitment Class | | | | | |
| 163 | NSP 43rd Recruitment Class | | | | | |
| 164 | NSP 44th Recruitment Class | | | | | |
| 165 | NSP 45th Recruitment Class | | | | | |
| 166 | NSP 46th Recruitment Class | | | | | |
| 167 | NSP 47th Recruitment Class | | | | | |
| 168 | NSP 48th Recruitment Class | | | | | |
| 169 | NSP 49th Recruitment Class | | | | | |
| 170 | NSP 50th Recruitment Class | | | | | |
| | | | | | | |

OBJECTIONS:                                                                                                    ✴May be used
    R: Relevancy
    H: Hearsay
    A: Authenticity
    O: Other (specify)

| Exhibit No. | DESCRIPTION | Off'd | Stip. | Obj. | Rec'd | Not Rec'd |
|---|---|---|---|---|---|---|
| | **ADMINISTRATIVE PROMOTIONS:** | | | | | |
| 171 | Troop A, Lt. Traffic Services projects for Konfrst/Doggett competition (Request for production responses - 4th Set) | | | | | |
| 172 | Administrative Major competition 2005 (Request for production responses - 4th Set) | | | | | |
| 173 ✶ | Administration Major competition 2006 (Request for production responses - 4th Set) | | | | | |
| 174 | Captain, Administrative Services competition, 2005 (Request for production responses - 4th Set) | | | | | |
| | | | | | | |
| | **PERSONNEL TABLES:** | | | | | |
| 175 | Schreiber tables re: breakdown of Traffic Services division | | | | | |
| 176 | Schreiber tables re: breakdown ISO division | | | | | |
| 177 | Schreiber tables re: breakdown police service dog division | | | | | |
| 178 | Schreiber table: females/rank structure | | | | | |
| | | | | | | |
| | **MISCELLANEOUS:** | | | | | |
| 179 | January 23, 2004 Commander Meeting Agenda | | | | | |
| 180 ✶ | January-December, 2004 calendars (C. Schreiber) | | | | | |
| 181 | Letter of March 2004 from Governor re: STAN Board Meeting | | | | | |
| 182 ✶ | Peters memo of 1/10/06 | | | | | |

OBJECTIONS:  ✶May be used
    R: Relevancy
    H: Hearsay
    A: Authenticity
    O: Other (specify)

11

| Exhibit No. | | DESCRIPTION | Off'd | Stip. | Obj. | Rec'd | Not Rec'd |
|---|---|---|---|---|---|---|---|
| 183 ✱ | | Kurt VonMinden grievance investigation materials | | | | | |
| 184 ✱ | | Kurt VonMinden e-mail of 12/13/04 | | | | | |
| 185 ✱ | | Photo - Schreiber | | | | | |
| 186 ✱ | | Photo - Schreiber | | | | | |
| 187 ✱ | | Photo - T. Blausey | | | | | |
| 188 | | 11/18/05 EEOC Complaint | | | | | |
| 189 | | Deputy State Sheriff Certificate | | | | | |
| 190 ✱ | | 2004 CALEA Report | | | | | |
| 191 | | Investigative Services Sgt. Letter w/ NSP204 form | | | | | |
| 192 | | City of Omaha workforce statistics (2004-2005) | | | | | |
| 193 | | City of Lincoln workforce statistics (2004-2005) | | | | | |
| 194 ✱ | | 10/7/04 Letter response to NEOC (Dedick) | | | | | |
| 195 ✱ | | 12/6/04 Letter response to NEOC (Dedick) | | | | | |
| 196 ✱ | | Judy Bailey NEOC Complaint of 2/7/01 | | | | | |
| 197 ✱ | | Rice transcript critique and tape | | | | | |
| 198 ✱ | | Peters transcript critique and tape | | | | | |
| 199 | | Schreiber program request document | | | | ` | |
| 200 | | Schreiber previous ISO positions applied for | | | | | |
| 201 ✱ | | Bradley Rice NEOC Interview on 5/19/05 | | | | | |

OBJECTIONS:                                                                                                     ✱May be used
    R: Relevancy
    H: Hearsay
    A: Authenticity
    O: Other (specify)                          12

| Exhibit No. | DESCRIPTION | Off'd | Stip. | Obj. | Rec'd | Not Rec'd |
|---|---|---|---|---|---|---|
| 202 ✶ | Dan Wilson NEOC Interview on 5/19/05 | | | | | |
| | | | | | | |
| | **BUSINESS PLANS:** | | | | | |
| 203 | Business Plan for Promotion - Schreiber (Internal Affairs) | | | | | |
| 204 | Business Plan for Promotion - Schreiber (Executive Protection) | | | | | |
| 205 | Business Plan for Promotion - Schreiber (Traffic Services - HQ) | | | | | |
| 206 | Business Plan for Promotion - Schreiber (Investigative Services) | | | | | |
| 207 | Business Plan for Promotion - Schreiber (Troop B Traffic Services) | | | | | |
| | | | | | | |

CARLA SCHREIBER, Plaintiff,

BY   s/  VINCENT VALENTINO
         Vincent Valentino, #14288
         ANGLE, MURPHY, VALENTINO
             & CAMPBELL, P.C.
         617 Grant Avenue
         P.O. Box 584
         York, Nebraska 68467
         (402) 362-7725

         and

         Terri Weeks, #18349
         Bowman and Krieger
         1045 Lincoln Mall, Ste. 100
         Lincoln, NE 68508
         (402) 476-8005

OBJECTIONS:                                                                                        ✶May be used
    R: Relevancy
    H: Hearsay
    A: Authenticity
    O: Other (specify)                         13

CERTIFICATE OF SERVICE

  The undersigned hereby certifies that on the 6th day of December, 2006 the above and foregoing was filed electronically with the Clerk of the Court using the CM/ECF system which sent notification of such filing to Frederick J. Coffman, Kevin K. Stephenson, Vincent Valentino and Terri M. Weeks.

              s/  VINCENT VALENTINO
                Vincent Valentino, # 14288

F:\NET\NODE1\VINCE\COURTDOC\schreiberTrial.exh