**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| CARLA J. SCHREIBER, | ) | CASE NO. 8:05CV537 |
| | ) | |
| Plaintiff, | ) | |
| | ) | PLAINTIFF'S MOTION IN LIMINE |
| v. | ) | TO EXCLUDE DEFENDANT'S |
| | ) | EXPERT |
| STATE OF NEBRASKA, and THE | ) | |
| NEBRASKA STATE PATROL, | ) | |
| | ) | |
| Defendants. | ) | |

COMES NOW the Plaintiff Carla Jo Schreiber, by and through her attorneys, and hereby moves this Court for an Order excluding the Defendants' expert, Dr. David W. Peterson, Ph.D., for the reason that Defendants' have failed to preserve the NSP204 promotional competition forms, or any other comparable promotional form prior to January 1, 2002, and the same have been destroyed by the Defendants.

Dr. David W. Peterson confines his purported statistical analysis to those promotions for a time period of only 2004 through 2006, and thereby reaches a "favorable analysis" for the Defendants that their promotional policies do not have a "disparate impact" on female officers. By destroying evidence of its promotional practices prior to January 1, 2002, the Defendants have wilfully engaged in the spoilation of evidence, and their expert testimony which limits itself to a period of 2004 to 2006 for officer promotions should be excluded. The expert for Defendants purports to opine that the Defendants' promotional system does not disparately impact female officers. Plaintiff requests a hearing pursuant to Fed. Rule of Evid. 104.

WHEREFORE, the Plaintiff moves this Court for an appropriate sanction against the Defendants, including the sanction of excluding Defendants' expert, Dr. David W. Peterson.

CARLA SCHREIBER, Plaintiff,

BY  S/VINCENT VALENTINO
    Vincent Valentino, #14288
    ANGLE, MURPHY, VALENTINO
      & CAMPBELL, P.C.
    617 Grant Avenue
    P.O. Box 584
    York, Nebraska 68467
    (402) 362-7725
      and
    Terri Weeks
    Bowman and Krieger
    1045 Lincoln Mall, Ste. 100
    Lincoln, NE 68508
    (402) 476-8005

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 8th day of December, 2006 the above and foregoing was filed electronically with the Clerk of the Court using the CM/ECF system which sent notification of such filing to Frederick J. Coffman, Kevin K. Stephenson, Vincent Valentino and Terri M. Weeks.

s/     VINCENT VALENTINO
    Vincent Valentino, # 14288

F:\NET\NODE2\VINCE\COURTDOC\Schreiber.MotLimine

2