## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CARLA J. SCHREIBER,        ) </br> ) </br> Plaintiff,        ) </br> )        8:05CV537 </br> vs.        ) </br> )        ORDER </br> STATE OF NEBRASKA and        ) </br> NEBRASKA STATE PATROL,        ) </br> ) </br> Defendants.        ) | |

Plaintiff has filed a motion to continue the trial now set for February 27, 2007 because counsel are not available on that date. Counsel are advised that the court's calendar can accommodate a continuance to March 13, 2007; the civil docket is otherwise fully scheduled through November 2007. Accordingly,

**IT IS ORDERED** that plaintiff's Motion [140] is granted, and trial of this matter is continued from February 27, 2007 to **March 13, 2007.**

**DATED January 17, 2007.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**