IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **CARLA J. SCHREIBER,** | ) | **CASE NO.  8:05CV537** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **MEMORANDUM AND ORDER** |
| **V.** | ) | **ON MOTION IN LIMINE** |
| | ) | **(NON-EXPERT EVIDENCE)** |
| **STATE OF NEBRASKA, and** | ) | |
| **NEBRASKA STATE PATROL,** | ) | |
| | ) | |
| **Defendants.** | ) | |

The Plaintiff Carla Schreiber has filed a motion in limine to exclude certain evidence from trial.  The Defendants have not opposed the motion.  Accordingly,

IT IS ORDERED:

The Plaintiff's Motion in Limine to Exclude Certain Evidence (Filing No. 121) is granted, and the following will be excluded from evidence and comment during the trial:

1. Rumors involving Schreiber's time at the training academy in 1990;

2. Negative Supervisory Observation Forms (SOF's) that are, or were, contained in Schreiber's personnel file maintained by any employee of the Nebraska State Patrol identified as exhibits 322-326 in Defendants' Exhibit List at Filing No. 119;

3. Any Supervisory Observation Form (SOF), rumors, or allegations surrounding an incident with Bill Rediger and the Plaintiff on or about February 16 or 17, 2005;

4. Any expert designation rebuttal (Filing No. 109); and

5. Any "videotape" showing Plaintiff from any assessment center conducted by Defendants. (Filing No. 119, Exhibit 338).

Dated this 23rd day of February, 2007.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge