IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CARLA J. SCHREIBER,            )<br>                                                )<br>           Plaintiff,              )<br>                                                )<br>     vs.                                   )<br>                                                )<br>STATE OF NEBRASKA and   )<br>NEBRASKA STATE PATROL, )<br>                                                )<br>           Defendants.          ) | 8:05CV537<br><br>AMENDED TRIAL ORDER |

Upon consultation with Judge Smith Camp,

**IT IS ORDERED:**

1. Trial is set for **May 1, 2007 at 9:00 a.m.** before Judge Smith Camp and a jury in Courtroom No. 2, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

2. Counsel are reminded that the provisions of Judge Smith Camp's trial preparation order [151] remain in effect as to the May 1, 2007 trial.

**DATED March 28, 2007.**

                              BY THE COURT:

                              s/ F.A. Gossett
                              **United States Magistrate Judge**