IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEBRASKA

| CARLA J. SCHREIBER, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | **WITNESS LIST** |
| | ) | |
| v. | ) | Case No. 8:05CV537 |
| | ) | Deputy: Ed Champion & Judy Eicher |
| | ) | Reporter: Brenda Fauber |
| STATE OF NEBRASKA, ET AL., | ) | Trial Dates: May 1 - 4, 7 - 10, 14, 2007 |
| | ) | |
| | ) | |
| Defendants. | ) | |

**FOR PLAINTIFF:**

<u>Name</u>                              <u>Date</u>

| Name | Date |
|---|---|
| Carla J. Schreiber | May 1, 2007, May 2, 2007 |
| Bryan Tuma | May 2, 2007 |
| Susan R. Dedick | May 2, 2007 |
| Bethleen Hagemeyer | May 3, 2007 |
| Judy Bailey | May 3, 2007 |
| James Travnicek | May 3, 2007 |
| James Reilly | May 3, 2007 |
| Sandra D. Tighe | May 3, 2007 |
| Debra Davis | May 3, 2007 |
| Brenda Test | May 3, 2007 |
| Douglas Johnson | May 3, 2007 |
| Timothy L. Stopak | May 3, 2007 |
| Carolyn O'Brien | May 3, 2007 |
| Cheryl Wilson | May 3, 2007 |
| William Fitzgerald | May 3, 2007 |
| Morris W. Abshier | May 4, 2007 |
| Scott Lackas | May 4, 2007 |
| Leonard Hiltner | May 4, 2007 |
| Robert Kawamoto | May 4, 2007 |

| Glenn L. Elwell | May 4, 2007 |
| Donald Wayne Blausey - Deposition Read | May 4, 2007 |
| Catherine Ann Denehy | May 4, 2007 |
| Greg Schreiber | May 4, 2007 |
| Wendy Brehm | May 7, 2007 |
| Harvey Wiltsey | May 7, 2007 |
| Fredricka Minton | May 7, 2007 |
| Thomas E. Nesbitt | May 7, 2007 |
| Carla J. Schreiber - Rebuttal | May 10, 2007 |
| Thomas J. Meola - Rebuttal | May 10, 2007 |
| | |

**FOR DEFENDANT:**

| Name | Date |
| --- | --- |
| Gerard Fred Ruiz | May 4, 2007 |
| Arlen Anderson | May 4, 2007 |
| Arlen Anderson - Continuation of Direct | May 7, 2007 |
| Michael J. Jacoby | May 8, 2007 |
| Susan R. Dedick | May 8, 2007 |
| Lloyd Peters | May 8, 2007 |
| Bradley D. Rice | May 8, 2007 |
| Bradley D. Rice - Continuation of Direct | May 9, 2007 |
| Randy Morehead | May 9, 2007 |
| Robert Thorson | May 9, 2007 |
| Darrell Fisher | May 9, 2007 |
| Rhonda Lahm | May 9, 2007 |
| Rhonda Lahm - Cross | May 10, 2007 |
| Christopher M. Kolb | May 10, 2007 |
| David A. Sankey | May 10, 2007 |
| Julie Maaske | May 10, 2007 |
| | |