IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **CARLA J. SCHREIBER,** | ) | **CASE NO. 8:05CV537** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **MEMORANDUM AND** |
| | ) | **ORDER ACCEPTING VERDICT** |
| **STATE OF NEBRASKA, and THE** | ) | |
| **NEBRASKA STATE PATROL,** | ) | |
| | ) | |
| **Defendants.** | ) | |

On May 14, 2007, the jury returned its verdict in this case in favor of the Plaintiff Carla J. Schreiber and against the Defendants State of Nebraska and the Nebraska State Patrol. The Court accepts the jury's verdict. Because the Pretrial Order reserved the issues of reinstatement and front pay, the Court did not immediately enter judgment on the verdict. As was anticipated, the Plaintiff filed a Motion and an Amended Motion to Compel Promotion or to Award Front Pay (Filing Nos. 188 and 194). The Defendants will respond to the Amended Motion on or before June 11, 2007. If the Defendants oppose the motion, it is likely that the Court will require a hearing. Final judgment in this case will not be entered until the Plaintiff's motion is resolved.

The Plaintiff also has filed a bill of costs and application for attorneys' fees. These submissions are premature because there is more work to be done before entry of judgment.[1] For this reason, the Court will not require the Defendants to respond to the bill of costs and application for attorneys' fees until after entry of judgment in this case, and then, according to the deadlines set by the Clerk of the Court.

---

[1] For example, the Bill of Costs Handbook states, "The party entitled to recover costs must file, within 30 calendar days after entry of judgment, a verified bill of costs . . . ."

IT IS ORDERED:

1. The verdict in favor of the Plaintiff Carla J. Schreiber and against the Defendants State of Nebraska and the Nebraska State Patrol is accepted by the Court;

2. Defendants shall respond to the pending amended motion to compel promotion or for an award of front pay on or before June 11, 2007;

3. Defendants need not respond to the bill of costs and application for attorneys' fees until after entry of judgment; and

4. A separate judgment on the verdict shall be entered, but only after the pending motion to compel promotion or for an award of front pay has been resolved.

DATED this 29th day of May, 2007.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge