IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **CARLA J. SCHREIBER,** | ) | CASE NO. 8:05CV537 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **MEMORANDUM AND ORDER** |
| v. | ) | **ON JOINT STIPULATION** |
| | ) | **REGARDING PROMOTION** |
| **STATE OF NEBRASKA, and THE** | ) | |
| **NEBRASKA STATE PATROL,** | ) | |
| | ) | |
| **Defendants.** | ) | |

This matter is before the Court on the Joint Stipulation Regarding Promotion. The Court has reviewed the stipulation and finds that it should be approved. In exchange for the terms and conditions of the promotion described below, Plaintiff Carla J. Schreiber has agreed to dismiss her action now pending in the District Court for Lancaster, County Nebraska.

Accordingly,

IT IS ORDERED PURSUANT TO THE PARTIES' STIPULATION:

1. The Joint Stipulation Regarding Promotion (Filing No. 202) is approved and the relief agreed to therein shall be granted;

2. The Nebraska State Patrol shall promote Plaintiff Carla J. Schreiber to Lieutenant under the following terms and conditions as set forth in the Stipulation:

    a. The promotion will be into a newly created position, located in Lincoln, Nebraska, the responsibilities for which will include, but may not be limited to, the duties of Lieutenant Judy Bailey upon her retirement;

    b.    Carla J. Schreiber's promotional date for the purposes of seniority will be May 14, 2004;

    c.    Carla J. Schreiber will be compensated as a Lieutenant, effective June 1, 2007, at a monthly salary of $5,599.32;

    d.    Carla J. Schreiber will be entitled to an increase in salary on July 1, 2007, pursuant to the State Personnel Rules and Regulations for the State of Nebraska; and

    e.    For the purposes of promotion to Lieutenant, Carla J. Schreiber's time in grade and duty station will be May 14, 2004;

3.    The Motion to Compel Promotion or to Award Front Pay and the Amended Motion (Filing Nos. 188 and 194) are denied as moot; and

4.    A separate judgment will be filed.

DATED this 6th day of June, 2007.

                      BY THE COURT:

                      s/Laurie Smith Camp
                      United States District Judge