# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **CARLA J. SCHREIBER,** | ) | **CASE NO. 8:05CV537** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| **STATE OF NEBRASKA, and THE** | ) | |
| **NEBRASKA STATE PATROL,** | ) | |
| | ) | |
| **Defendants.** | ) | |

Judgment is entered in favor of the Plaintiff Carla J. Schreiber and against the Defendants State of Nebraska and the Nebraska State Patrol on the jury's verdict and on the Memorandum and Order on the Joint Stipulation Regarding Promotion, as follows:

1. The Defendants are ordered to pay to Plaintiff the sum of $69,885 (representing $19,885 in lost wages and benefits and $50,000 in other damages), exclusive of costs and attorneys' fees; and

2. The Nebraska State Patrol shall promote Plaintiff Carla J. Schreiber to Lieutenant under the following terms and conditions as set forth in the above referenced Memorandum and Order:

   a. The promotion will be into a newly created position, located in Lincoln, Nebraska, the responsibilities for which will include, but may not be limited to, the duties of Lieutenant Judy Bailey upon her retirement;

   b. Carla J. Schreiber's promotional date for the purposes of seniority will be May 14, 2004;

   c. Carla J. Schreiber will be compensated as a Lieutenant, effective June 1, 2007, at a monthly salary of $5,599.32;

d. Carla J. Schreiber will be entitled to an increase in salary on July 1, 2007, pursuant to the State Personnel Rules and Regulations for the State of Nebraska; and

e. For the purposes of promotion to Lieutenant, Carla J. Schreiber's time in grade and duty station will be May 14, 2004.

DATED this 6th day of June, 2007.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge

2