SEQ CHAPTER \h \r 1 **UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**


___Carla Schreiber _____     Case No.___8:05 CV00537_____

     Plaintiff(s),

                                    **REQUEST FOR CD/
                        vs.                TRANSCRIPT
BY A NON-PARTY**
__State of Nebraska_____

     Defendant(s).


    I am not a party to this case, i.e., neither the plaintiff nor the defendant. I ask the court for leave to have the proceeding marked below transcribed and /or the audio copied to a CD.  If the court grants this request, I agree that I will be responsible for all charges connected with the preparation of the transcript and/or CD.

Print  Name:____Jeremy Maskel, KETV NewsWatch 7_____

Address____2665 Douglas Street_____

City/State____Omaha, NE_____

Date_____3-16-2015_____

**TO COURT REPORTER**: __X__  Prepare a transcript.

**TO CLERK:** ____  Burn an audio CD of a digitally-recorded hearing held before Judge Kopf, Judge Urbom, or a magistrate judge, if available.

**Please prepare a transcript of the proceedings indicated below:**

____ **Pretrial Proceeding** held on
_____

____ **Plea Hearing** held on
_____

____ **Sentencing** held on
_____

____ **Trial**  held on
_____
(**NOTE:** Transcript will <u>not</u> include voir dire, opening statements, or closing arguments unless specifically requested)

_X___ **Testimony <u>ONLY</u> of Specific Witness(es)**

　　　　Name:__Thomas Meola_____
　　　　Date:___5-10-2007_____


　　　　Name:__CROSS-EX ONLY Bradley Rice_____
　　　　Date:_____


　　　　Name:_____
　　　　Date:__5-9-2007_____


**Delivery Requested**:

_____　　　　Within 30 calendar days.
_____　　　　Within 14 calendar days.
____XX___　　　　Within 7 calendar days.

[1]**NOTE:** After the court reporter or transcriber files the official transcript in any civil or criminal proceeding, the parties will have seven business days to file a Notice of Intent to Request Redaction. **See** NEGenR 1.3(c); NECivR 5.3; NECrimR 49.3. **See also** HYPERLINK http://www.ned.uscourts.gov/pom/index.html<u>http://www.ned.uscourts.gov/pom/index.html</u>, "Transcript Redaction Procedure (Revised; Effective May 12, 2008)."

[2]Digital audio files of hearings and trials before Judge Kopf, Judge Urbom, and the magistrate judges may be available over the Internet through the Public Access to Court Electronic Records (PACER) system at https://ecf.ned.uscourts.gov/cgi-bin/ShowIndex.pl. See Digital Audio Files of Court Proceedings Available Online at http://www.ned.uscourts.gov/email.

[3]Court Reporting Fee Schedule located at HYPERLINK http://www.ned.uscourts.gov/info/fees.html<u>http://www.ned.uscourts.gov/info/fees.html</u>.